FRANK M. STAHL, *Appellee*, v. R. F. HODGINS, *Appellant*.

No. 16,736.

Appeal from Shawnee district court. Opinon filed December 10, 1910. Affirmed.

*Leonard S. Ferry, Thomas F. Doran,* and *C. A. Magaw,* for the appellant.

*W. H. Cowles,* for the appellee.

*Per Curiam:* This is an action upon a replevin bond to recover damages for the failure of the plaintiff to return the property. The scope and effect of the judgment in the replevin action was determined in the case of *Hines v. Stahl,* 79 Kan. 88, and the doctrine there announced requires an affirmance of the judgment.

